**Dismissed and Memorandum Opinion filed May 12, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00098-CV

---

### JASON BYLSMA & KRISTIN BYSLMA, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-35080**

---

## M E M O R A N D U M    O P I N I O N

This appeal is from a judgment signed November 14, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise